Matter of K.P. (2026 NY Slip Op 00059)

Matter of K.P.

2026 NY Slip Op 00059

Decided on January 08, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 08, 2026

Before: Moulton, J.P., González, Mendez, Rodriguez, Pitt-Burke, JJ. 

Docket No. D-3275/24|Appeal No. 5525|Case No. 2024-05409|

[*1]In the Matter of K.P., Respondent-Appellant, A Person Alleged to be a Juvenile Delinquent. Presentment Agency

Dawne Mitchell, The Legal Aid Society, New York (Judith Stern of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Eva L. Jerome of counsel), for presentment agency.

Order of Disposition, Family Court, Bronx County (David J. Kaplan, J.), entered on or about July 23, 2024, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of criminal possession of a weapon in the fourth degree, and placed him on level two probation for a period of 12 months, unanimously affirmed, without costs.
The court providently exercised its discretion in finding that level-two probation was the least restrictive dispositional alternative necessary to meet the needs of appellant and to protect the community, particularly considering the seriousness of the offense, here, involving appellant's possession of a loaded firearm (Family Ct Act § 352.2[2][a]). An adjournment in contemplation of dismissal would not have provided sufficient supervision given appellant's need for supervision, as evinced by his lack of extracurricular activities, history of school suspensions, poor academic performance, and truancy, all of which the court properly weighed against appellant's mitigating factors (see e.g. Matter of Michael F., 230 AD3d 414, 415-416 [1st Dept 2024]).THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 8, 2026